# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WANDA GARCIA, as the Proposed Administratrix of the Estate of EDDIE JOSE IRIZARRY SANTIAGO, et al.** : : : : | |
| : | **CIVIL ACTION** |
| **v.** : | **No. 24-4548** |
| : | |
| **P/O MARK DIAL, et al.** : | |

# ORDER

This 22nd day of November, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Mark Dial and Plaintiffs' Motions to Remand (ECF Nos. 6, 7) are **GRANTED** and this case is **REMANDED** to the Court of Common Pleas of Philadelphia County. The Clerk of Court is **REQUESTED** to effectuate this Order of remand and mark this case closed.

      /s/ Gerald Austin McHugh
United States District Judge